No. 1353. El Pueblo, Apelado, *v*. Stuart Rivero, Apelante.—Ataque para cometer violación. San Juan, Sección 2ª. Diciembre 5, 1918. *Desistida la apelación.*

No. 1327. El Pueblo, Apelado, *v*. Acevedo, Apelante.— Portar armas prohibidas. Mayagüez. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

No. 1334. El Pueblo, Apelado, *v*. Camacho, Apelante.— Infracción artículo 287 del Código Penal. Mayagüez. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

No. 1336. El Pueblo, Apelado, *v*. García, Apelante.—Infracción artículo 288 del Código Penal. Humacao. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

No. 1291. El Pueblo, Apelado, *v*. Lucena, Apelante.—Delito contra la paz pública. Arecibo. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

No. 1296. El Pueblo, Apelado, *v*. Pérez, Apelante.—Motín. San Juan, Sección 2ª. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

No. 1301. El Pueblo, Apelado, *v*. Barroso, Apelante.— Acometimiento y agresión. San Juan, Sección 2ª. Diciembre 9, 1918. *Confirmada la sentencia apelada.*